

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION FOR REHEARING

Cause number and style:   Cause No. 01–13–00874–CV; *Texas Windstorm Insurance Association v. Boyle*

Date motion filed:   February 21, 2014

Party filing motion:   Art Boyle, individually and on behalf of Boyle Claims, and Jeff Kaiser, individually and on behalf of Specialty Group, Inc., and on behalf of all others similarly situated


It is **ordered** that the motion for panel rehearing is denied.


Judge's signature: /s/ Jane Bland
                  Acting for the court

Panel consists of: Justices Keyes, Bland, and Brown.


Date: March 18, 2014